

WWW.RIVKINRADLER.C

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.04

February 11, 2021

**VIA ECF**
Hon. Sidney H. Stein
United States District Court
Southern District of New York                    **MEMO ENDORSED p. 2**
500 Pearl Street
New York, NY 10007

    Re:   *Alkem Laboratories Ltd. et al v. Deva Holdings A.S.*
         Docket No. 1:20-cv-11063-SHS
         RR File No.: 420-8

Dear Judge Stein:

    This firm represents Plaintiffs Alkem Laboratories Ltd. and Ascend Laboratories, LLC in t above-referenced matter. Pursuant to Rule 1.E of the Court's Individual Practices, we write to requ an adjournment of the initial pretrial conference currently scheduled for February 19, 2021, for si days to April 20, 2021. This is Plaintiffs' first request to adjourn the initial conference.

    On December 30, 2020, the day we filed the Complaint, we sent a request for a waiver of servi to Defendant Deva Holdings A.S. Because Defendant is a Turkish entity, its response is not due u February 28, 2021, nine days after the current date set for the initial conference. We theref respectfully request that the conference be adjourned for sixty days to give Defendant sufficient time respond to the waiver request or, if Defendant does not waive service, to give us time thereafter to se process on Defendant in Turkey.

    We attempted to obtain Defendant's consent to this motion but have not yet received a respon

    We thank the Court for its consideration in this matter.

                          Respectfully submitted,

                          RIVKIN RADLER LLP

                          *s/ Gregory D. Miller*

                          Gregory D. Miller

Cc. All counsel of record (via ECF)

The conference is adjourned to April 20, 2021, at 10:00 a.m.

Dated: New York, New York
February 12, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.