

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

April 16, 2021

**VIA ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Alkem Laboratories Ltd. et al v. Deva Holdings A.S.*
     Docket No. 1:20-cv-11063-SHS
     RR File No.: 420-8

Dear Judge Stein:

  This firm represents Plaintiffs Alkem Laboratories Ltd. and Ascend Laboratories, LLC in the above-referenced matter. Pursuant to Rule 1.E of the Court's Individual Practices, we write to request an adjournment of the initial pretrial conference currently scheduled for April 20, 2021. This is Plaintiffs' second request to adjourn the initial conference.

  On December 30, 2020, the day we filed the Complaint, we sent a request for a waiver of service to Defendant Deva Holdings A.S., but to date we have yet to receive a response to our original requests or follow-up inquiries.

  Therefore, we have determined that Plaintiffs should serve process under the Hague Service Convention. We have been informed by our process server that Hague service in Turkey, where Defendant is located, could take up to six months, and therefore we respectfully request that the initial conference be adjourned 60 days (to June 21, 2021), at which time we will update the Court on the progress of the service process.

  We thank the Court for its consideration in this matter.

            Respectfully submitted,

            RIVKIN RADLER LLP

            *s/ Gregory D. Miller*

            Gregory D. Miller

cc: All counsel of record (via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199
5228032.v1

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

Alkem Laboratories Ltd. et al v. Deva Holdings A.S., 1:20-cv-11063-SHS

The conference is adjourned to June 21, 2021, at 11:00 a.m.

Dated: New York, New York

April 19, 2021

SO ORERED:

_____
Sidney H. Stein, U.S.D.J.